UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP R. KIMBALL, as Administrator of the Estate of CARLA M. KIMBALL,<br><br>    Plaintiff,<br><br>    v.<br><br>RJ REYNOLDS TOBACCO CO.,<br><br>    Defendant. | CASE NO. C03-664JLR<br><br>ORDER |

    This matter comes before the court on the motion of Defendant R.J. Reynolds Tobacco Company ("RJR") for leave to interview the jurors who rendered the verdict in this matter. (Dkt. # 147).

    As the court noted to the parties when RJR raised its request at the conclusion of trial, both the Ninth Circuit and this court discourage post-verdict interviews of jurors. In this case, however, the time for appeal has passed, thus allaying many of the court's concerns. The court also notes that Mr. Kimball has not opposed the instant motion.

    The court therefore GRANTS RJR's motion, subject to the following restrictions. Counsel for RJR may send a single letter to each juror asking if he or she would consent to being interviewed. The letter shall provide either a telephone number or address at

ORDER – 1

which interested jurors can contact counsel.  The letter shall make clear that no juror is obliged to consent to an interview.  Unless a juror accepts RJR's invitation in the letter, RJR is to have no further contact with the juror.

Counsel for Mr. Kimball may also contact jurors, subject to the same restrictions.

Dated this 20th day of June, 2006.

James L. Robart
United States District Judge

ORDER – 2